IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESULTS BYIQ LLC, | ) Case No. C 11-0550-SC |
| Plaintiff, | ) ORDER GRANTING MOTION TO RESCHEDULE JOINT PRETRIAL CONFERENCE |
| v. | |
| NETCAPITAL.COM LLC, NETWIRE INC., NETMOVIES INC., and DOES 1-20, inclusive, | |
| Defendants. | |

Now before the Court is Defendants' motion to reschedule the joint pretrial conference currently scheduled for May 31, 2013. ECF No. 85. For good cause shown, that motion is GRANTED. The joint pretrial conference is hereby rescheduled to June 7, 2013 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: May 14, 2013

_____
UNITED STATES DISTRICT JUDGE