UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESULTS BYIQ, LLC,<br>　　　　Plaintiff,<br>　　v.<br>NETCAPITAL.COM LLC, et al.,<br>　　　　Defendants. | Case No.  11-cv-00550-SC   (JCS)<br><br>**ORDER RE DISCOVERY**<br>**Dkt. No. 79** |

On May 2, 2013, the parties filed a Joint Letter to Court Regarding Status of Outstanding Discovery Disputes. On May 24, 2013, a hearing was held before the undersigned magistrate judge.

For the reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

(1) Plaintiff's motion to compel Mr. John Fanning to appear for deposition in the Northern District of California, or otherwise preclude Mr. Fanning from testifying at trial, is **DENIED**. The deposition of Mr. Fanning will take place in the District of Massachusetts, on June 6, 2013, at a time to be determined by the parties.

(2) Plaintiff's motion to compel Mr. Peter Schmidt to appear for deposition in the Northern District of California, or otherwise to preclude Mr. Schmidt from testifying at trial, is **DENIED**.

　　　IT IS SO ORDERED.

Dated: May 24, 2013.

_____
JOSEPH C. SPERO
United States Magistrate Judge