IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESULTS BYIQ, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NETCAPITAL.COM LLC,<br><br>NETWIRE INC., and<br><br>NETMOVIES INC.,<br><br>　　　　Defendants. | Case No.: 11-cv-00550-SC<br><br>ORDER RE: RICO INSTRUCTION |

　　On June 7, 2013, the Court held a pretrial conference in the above-captioned case. Among other things, the Court asked Plaintiff to explain the evidentiary basis for its RICO claim and its proposed jury instruction on that claim. Plaintiff's counsel stated that Defendant fraudulently induced Plaintiff to enter a contract, but counsel did not point to any evidence that would support a pattern of similarly fraudulent activity. See, e.g., Mitchell v. Kaiser Foundation Health Plan, Inc., No. 09-05306 RS, 2010 WL 5387712 (N.D. Cal. Dec. 22, 2010) ("pattern of racketeering activity" as an element of a RICO claim requires separate, related acts, not numerous acts related to a single episode). The Court also found that Plaintiff's proposed evidence on loss causation and

separate enterprises did not support its RICO claim.

Since Plaintiff has no evidence to support the requisite elements of a RICO claim, see H.J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239 (1989), the Court declines to provide Plaintiff's requested jury instruction on RICO. See Voohries-Larson v. Cessna Aircraft Co., 241 F.3d 707, 718-19 (9th Cir. 2001) (citing United States v. Mason, 902 F.2d 1434, 1438 (9th Cir. 1990)) (party must have at least "some evidence" of its claim to support a requested jury instruction on that claim).

IT IS SO ORDERED.

Dated: June 7, 2013

UNITED STATES DISTRICT JUDGE