IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESULTS BYIQ LLC., | ) Case No. 11-0550 SC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| NETCAPITAL.COM LLC, NETWIRE INC., and NETMOVIES INC., | ) |
| Defendants. | ) |

From June 10 to June 13, 2013, the Court held a jury trial in the above-captioned case. The jury returned a unanimous verdict on June 13, 2013. ECF No. 124. Pursuant to the jury's verdict, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Results ByIQ and, jointly and severally, against Defendants NetCapital.com LLC, NetWire Inc., and NetMovies Inc. in the amount of $167,050. Through this judgment the Court also awards Plaintiff Results ByIQ $334,100 in punitive damages against Defendant NetCapital.com LLC alone.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: June 25, 2013

UNITED STATES DISTRICT JUDGE