David Nied (SBN 213104)
Herman J. Hoying (SBN 257495)
Michael S. Dorsi (SBN 281865)
**AD ASTRA LAW GROUP, LLP**
582 Market Street, Suite 1903
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile:  (415) 276-1976
dnied@astralegal.com
hhoying@astralegal.com
mdorsi@astralegal.com

Attorneys for Plaintiff and Judgment Creditor
RESULTS ByIQ, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RESULTS ByIQ, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETCAPITAL.COM, LLC, et al.,<br><br>　　　　Defendants. | CASE NO.:   3:11-cv-0550 SC-LB<br><br>[~~PROPOSED~~] ORDER GRATNING ADMINISTRTIVE MOTION FOR LEAVE TO SERVE JOHN FANNING BY FILING ON MISCELLANEOUS DOCKET IN DISTRICT OF MASSACHUSETTS<br><br>Dept.: 15th Floor, Courtroom C<br>Before: Hon. Laurel Beeler<br><br>First Amended Complaint Filed: 2/11/11<br>Judgment Entered: 6/26/2013 |

　　　　Plaintiff Results ByIQ, LLC moved pursuant to Local Rule 7-11 for leave to serve Mr. Fanning by filing a *Notice of Motion Pending in Another District* in the Massachusetts docket for this case.

　　　　The Motion is GRANTED.

　　　　To comply with this Order, for each such Motion, Plaintiff shall:

　　　　1.　　　　File a notice on the District of Massachusetts docket no. 1:14-MC-91320-FDS. The notice itself shall contain a brief summary of the motion and state the deadlines for responsive papers. The notice will clearly state that no action is required in the District of Massachusetts. An acceptable example notice is attached to the Declaration of Michael Dorsi as Exhibit 4.

-1-

-2-

2. The notice will be accompanied by the full moving papers filed in the Northern District of California. To avoid confusion, exhibits to the Massachusetts notice will be designated by letters, while exhibits to the California moving papers will be designated by numbers. Plaintiff complete both filings by 9:00 p.m. Pacific Time, otherwise the filing shall be effective the next business day.

3. Plaintiff will also mail a copy of the papers to Mr. Fanning by way of his attorney, Peter Francis Carr, II, Eckert Seamans Cherin & Mellott, LLC, 16th Floor, Two International Place, Boston, MA 02110, and email a copy to Mr. Carr at pcarr@eckertseamans.com.

This Order is without prejudice to any defenses Mr. Fanning may raise except with regard to service.

Dated: March 17, 2016          By_____
                                              UNITED STATES MAGISTRATE JUDGE